## HOSTETLER v NATIONAL ACCEPTANCE CO

Ohio Appeals, 9th Dist, Medina Co
No 98. Decided May 6, 1930

John F. Wilson, Hillsboro and Harold H. Gorman for Hostetler.

C. W. White, Akron and A. R. Doak, Akron, for Acceptance Co.

Opinion by PARDEE, J.

FUNK, PJ. and WASHBURN, J., concur.

### SYLLABUS

The holder of ,a chattel mortgage upon an automobile who permits the mortgagor, a retail automobile dealer, to place said automobile upon its salesroom floor for the purpose of sale to one who might be attracted .thereby, will not be permitted to assert its mortgage against an innocent purchaser, who bought the car from said dealer in the ordinary retail way for value and without actual notice of such mortgage.

Fu'l opinion will be published later. Watch **Omnibus Index.**